UNITED STATES of America,
Plaintiff–Appellee

v.

Vidal RICO–TOVAR, also known
as Vidal Rico, Defendant–
Appellant.

No. 13–40355
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Vidal Rico–Tovar raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), which held that the sentence enhancement provided for in U.S.S.G. § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug-trafficking offense. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

Appealing the judgment in a criminal case, Manuel Montes De Oca–Baca raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), which held that the sentence enhancement provided for in U.S.S.G. § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug-trafficking offense. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.